AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  12-96 MAG |
| FAFANE DANIEL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 23, 2012____ in the Parish of ____Jefferson____ in the ____Eastern____ District of ____Louisiana____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46506 | being an indvidual on an aircraft in flight within the special aircraft jurisdiction of the United States, committed an act that, if committed in the jurisdiction of the United States would violate 18 U.S.C. § 113 (assault) |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven P. Rayes, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/23/2012

_____
*Judge's signature*

City and state:  New Orleans, Louisiana         Honorable Alma L. Chasez, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

1. I, Steven P. Rayes, being duly sworn, do hereby depose and state:

2. That I am a Special Agent (SA) with the Department of Justice, FEDERAL BUREAU OF INVESTIGATION (FBI), and have been so employed since April 2004. For the past four (4) years, I have been assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF). I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law.

3. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was obtained by me personally or has been provided to me by Special Agents and Task Force Officers assigned to the FBI New Orleans Field Office.

4. This affidavit is made in support of a criminal complaint for FAFANE DANIEL, black female, date of birth XX/XX/1980, relative to a violation of Title 49, United States Code, Section 46506. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that FAFANE DANIEL committed the following actions in violation of the following enumerated crime:

    Title 49, United States Code, Section 46506, Application of certain criminal laws to acts on aircraft (18 USC § Section 113, Assault).

5. On Thursday, August 23, 2012, S.N. and FAFANE DANIEL were ticketed passengers on Southwest Airlines flight number 2509, originating in Fort Lauderdale, Florida, terminating in Las Vegas, Nevada. DANIEL was traveling with her juvenile son, seated in the middle position, row seven, seat "C".

6. Upon takeoff, S.N. was seated on the opposite side of the aisle from DANIEL. S.N.'s wife, M.N., was originally seated beside DANIEL. M.N. exited her seat and approached a flight attendant, requesting the flight attendant speak with DANIEL concerning her juvenile son climbing on M.N., while seated in her assigned seat. The flight attendant advised M.N. she could not intervene and M.N. would have to speak with DANIEL concerning the matter.

7. M.N. returned to her assigned seat and asked her husband to switch seats with her. S.N. complied with his wife's request and took the seat beside DANIEL. S.N., while seated beside DANIEL, felt her juvenile son's head on his leg. S.N. waited until the child was asleep and asked DANIEL to move her son. DANIEL responded that she wanted to wait until the child was in a deep sleep to move him. S.N. hesitantly agreed and went to sleep. While asleep, S.N. was woken by DANIEL standing over him and striking him in the face several times without his consent. Witness statements confirm that S.N. was sleeping and moved, causing DANIEL's juvenile son's head to fall from S.N.'s leg and hit the armrest. DANIEL assumed S.N. struck her juvenile son and attacked S.N. physically and in a verbal laced tirade, eventually ripping S.N.'s shirt.

8. Southwest Airline employees realized DANIEL was attacking S.N. and intervened with the assistance of an FBI Special Agent who was traveling on the flight. The Agent, along with airline employees, moved DANIEL and her son to the rear of the aircraft and notified the Captain, who diverted flight number 2509 to the New Orleans International Airport. Flight 2509 was directed by New Orleans tower to gate Bravo-2, which was met by the Jefferson Parish Sheriff's Office.

10. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause for the arrest of FAFANE DANIEL for violations of Title 49, United States Code, Section 46506 by committing assault upon S.N., in violation of Title 18, United States Code, Section 113.

_____
STEVEN P. RAYES
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 23rd day of August, 2012,
New Orleans, Louisiana.

_____
HONORABLE ALMA L. CHASEZ
United States Magistrate Judge