```
MINUTE ENTRY
FALLON, J.
MARCH 26, 2013
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 12-286 |
| FAFANE DANIEL | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: David Zarek

Appearances:   AUSA Gregory Kennedy, for government
               Dylan Utley, Esq., for defendant
               Probation Officer

_____

REARRAIGNMENT AS TO ONE COUNT BILL OF INFORMATION:

Defendant is present to withdraw former plea of not guilty and enter a plea of guilty.
Reading of the Indictment is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed of the maximum penalties.
The defendant enters a guilty plea.
The terms of a plea agreement are disclosed to the Court and a letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Thursday, July 11, 2013 at 2:00 pm.
The defendant is released on present bond.


JS-10:    :12