```
MINUTE ENTRY
FALLON, J.
Jul 11, 2013
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-286 |
| FAFANE DANIEL | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Victor DiGiorgio

Appearances: AUSA Gregory Kennedy, for the government
             Dylan Utley, Esq., for defendant
             Probation Officer

---

SENTENCING AS TO ONE COUNT BILL OF INFORMATION:

The defendant is present.

There were no objections to the PSI by either government of the defendant.

Sentence: See Judgment in a Criminal Case.


JS-10:   :07